No. 12–6197 (12A247). HARRIS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 21, 2012

No. 11–1182. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* STAR SCIENTIFIC, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 25, 2012

No. 12A266. VOTING FOR AMERICA, INC., ET AL. *v.* ANDRADE, SECRETARY OF STATE OF TEXAS. Application to vacate the stay entered by the United States Court of Appeals for the Fifth Circuit on September 6, 2012, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE SOTOMAYOR would grant the application in part.

No. 10–1491. KIOBEL, INDIVIDUALLY AND ON BEHALF OF HER LATE HUSBAND KIOBEL, ET AL. *v.* ROYAL DUTCH PETROLEUM CO. ET AL. C. A. 2d Cir. [Certiorari granted, 565 U. S. 961.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–345. FISHER *v.* UNIVERSITY OF TEXAS AT AUSTIN ET AL. C. A. 5th Cir. [Certiorari granted, 565 U. S. 1195.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.